1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | *BRADLEY NORMAN KING,*            | Case No.  1:25-01050-JLT-HBK |
   | *an individual,*                 |                              |
12 |                                  | ORDER RESETTING INITIAL      |
   |                      Plaintiff,  | SCHEDULING CONFERENCE        |
13 |                                  |                              |
   |            v.                    |                              |
14 |                                  |                              |
   | AMAZON.COM. INC.,                |                              |
15 | *a Washington Corporation,*      |                              |
16 |                     Defendant.   |                              |

17

18         Due to the recusal of Magistrate Judge Sheila K. Oberto, this matter was reassigned to the

19 undesigned as magistrate judge on August 22, 2025.  (Doc. No. 4).

20         Accordingly, it is hereby ORDERED:

21         1.   The Court sua sponte resets the mandatory telephonic Initial Scheduling Conference

22              previously scheduled for December 4, 2025 at 09:30 A.M. to **December 4, 2025 at**

23              **1:00 P.M.**  Telephonic conferences are joined by calling 669-254-5252; meeting ID

24              160 644 7139; passcode 646053.

25         2.   The parties shall file a joint Scheduling Report **no later Thursday, November 20,**

26              **2025.**   A template in word of the Joint Scheduling Report is available on Judge

27              Helena M. Barch-Kuchta's Chamber's Page under "Forms."

28

Dated:  August 25, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE