# UNITED STATES DISTRICT COURT

**Eastern** District of **California**

| | |
|---|---|
| Bradley Norman King, an individual,<br>Plaintiff,<br><br>V.<br><br>AMAZON.COM, INC. a Washington Corporation; and DOES 1-100, inclusive<br>Defendant, | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>(Doc. No. 19)<br><br>CASE NUMBER: 1:25-CV-01050-JLT-HBK |

Notice is hereby given that, subject to approval by the court, __Amazon.com, Inc.__ substitutes
(Party (s) Name)

__Shaia A. Stambuk__ State Bar No. __329240__ as counsel of record in place
(Name of New Attorney)

place of __Ross E. Bautista__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Baker & Hostetler LLP |
| Address: | 600 Anton Blvd., Suite 900, Costa Mesa, CA 92626-7221 |
| Telephone: | (714) 754-6600    Facsimile (714) 754-6611 |
| E-Mail (Optional): | sstambuk@bakerlaw.com |

I consent to the above substitution.

Date: 10/15/2025

*Signed by: Michelle Tessier*
Amazon Representative
(Signature of Party (s))

I consent to being substituted.

Date: 10/15/2025

*s/ Ross Bautista*
Ross E. Bautista
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 10/15/2025

*s/ Shaia Stambuk (with permission)*
Shaia A. Stambuk
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: October 21, 2025

*Helena M. Barch-Kuchta*
The Honorable Helena M. Barch-Kuchta