UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADLEY NORMAN KING,

           Plaintiff,

    v.

AMAZON.COM, INC.,

           Defendant.

Case No.  1:25-cv-01050-JLT-HBK

ORDER GRANTING JOINT  MOTION TO EXTEND CASE MANAGEMENT AND SCHEDULING ORDER DEADLINES

(Doc. No. 32)

On April 7, 2026, Plaintiff Bradley Norman King and Defendant Amazon.com, Inc. (collectively, the "Parties"), filed a joint stipulated motion to extend certain remaining deadlines in the Case Management and Scheduling Order.  (Doc. No. 32).  The Parties seek a ninety (90) day extension to the current deadline because they are "exploring early resolution of the case" and wish to conserve resources.   (Id. at 2:15-16 ).  This is the Parties' first request for an extension. The Court finds good cause to grant the joint motion.  Fed. R. Civ. P. 16(b)(4).

Accordingly, it is **ORDERED:**

1.  The Parties' joint stipulated motion to extend certain case management and scheduling deadlines (Doc. No. 32) is GRANTED to the extent set forth herein.

2.  The following dates shall govern the management of this action going forward.[1]

**I.      Extended Deadlines and Dates**

| Action or Event | Date |
| --- | --- |
| Deadline to complete non-expert discovery. *See* Fed. R. Civ. P. 37. | 07/20/2026 |
| Deadline for plaintiff to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 08/19/2026 |
| Deadline for defendants to disclose expert report(s). | 08/19/2026 |
| Deadline for disclosing any expert rebuttal report(s). | 09/17/2026 |
| Deadline for expert discovery. | 10/22/2026 |
| Deadline to advise the Court of settlement, ADR, VDRP or mediation efforts to date. See Local Rules 270, 271. | 10/29/2026 |
| Deadline to file pre-trial dispositive motions.  *See* Fed. R. Civ. P. 56. | 12/07/2026 |
| Deadline to file final joint pretrial statement, motion(s) *in limine*, proposed jury instructions, and verdict form. *See* Local Rules 281, 282. | 05/03/2027 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); *See* Local Rule 280, 281, 282, 283. | 05/17/2027 at 1:30 p.m. |
| Trial Date. (Tuesday) | 06/29/2027 at 8:30 a.m. |

3.  The other deadlines and procedures set forth in the December 4, 2025, Case Management and Scheduling Order (Doc. 27) otherwise will govern this action.

4.  If the Parties reach a settlement, a notice of settlement shall promptly be filed with the Court.  *See* Local Rule 160(a).

Dated:   April 8, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] The court adjusted the pretrial and trial dates to conform to the district court's preferences.

2